| COURTROOM MINUTES | | CLERK, U.S. DISTRICT COURT |
|---|---|---|
| ☒ INITIAL APPEARANCE | ☐ RULE 40 HEARING | SOUTHERN DISTRICT OF TEXAS |
| ☐ DETENTION HEARING | ☐ COUNSEL DETERMINATION HEARING | FILED |
| ☐ PRELIMINARY HEARING | ☐ BOND HEARING | 2/28/17 |
| ☐ HEARING CONTINUED ON _____ | | DAVID BRADLEY, Clerk |

THE HONORABLE **MARY MILLOY**, Presiding, Courtroom 701 OPEN: 10:05 ADJOURN: 10:08
Case Manager: Cindy Jantowski    RECESS FROM: ___ TO: ___
ERO: S. Arnow
Pretrial Services Officer: J. Hernandez    ☐ Other District ___    ☐ Other Division ___
Case No. ___

INTERPRETER REQUIRED: ☒ No  ☐ Yes, Name: ___

Criminal No. 17-0076   Defendant No. 1   USDJ Rosenthal
                                          Charles Escher, AUSA

UNITED STATES OF AMERICA
vs
Daniel Bart Thedinger §
                     §
                     §
                     §
                     §
                     §
                                          William Grimsinger ☒

Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

- ☐ Date of arrest: ___
- ☐ Deft first appearance. Deft advised of rights/charges ☐ SRT/Probation violator ☐ Pretrial Release Violator
- ☒ Deft first appearance with counsel.
  - ☐ Deft ___ appeared ☒ with ☐ without counsel.
- ☐ Requests appointed counsel.
- ☐ FINANCIAL AFFIDAVIT executed. ☐ Court orders defendant to pay $___ to CJA Fund
- ☐ Order appointing Federal Public Defender.
- ☐ Private Counsel appointed, ___.
- ☒ Deft advises he/she will retain counsel. He/she retained ___.
- ☒ Bond ☒ set $ 10,000 ☐ Cash ☐ Surety ☐ 10% ☐ PR ☒ Unsecured ☐ $___ Deposit.
- ☐ Bond ☐ revoked ☐ reinstated.
- ☒ Deft advised of conditions of release.
- ☐ Surety signatures required ___, ___.
- ☐ No bond set at this time, 10 day DETENTION ORDER entered.
- ☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
- ☐ ORDER OF DETENTION PENDING TRIAL entered.
- ☒ Court finds ☐ IDENTITY ☐ Probable Cause.
- ☒ BOND EXECUTED and defendant released.
- ☐ Deft REMANDED to CUSTODY. ☐ Deft ORDERED REMOVED to Originating District.
- ☐ WAIVER of ☐ Preliminary ☐ Identity ☐ Detention Hearing ☐ Detention Hrg in this district ☐ State Custody
- ☐ Arraignment set ___    ☐ Detention Hearing set ___
- ☐ Preliminary set ___    ☐ Counsel Determination Hearing set ___
- ☐ Identity/Removal Hearing set ___