United States District Court
Southern District of Texas
**ENTERED**
February 28, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. H-17-076 |
| DANIEL BART THEDINGER | § § § | |

## SCHEDULING ORDER

1. <u>APRIL 10, 2017</u>    All motions will be filed no later than this date. **All motions except motions to suppress evidence and motions to dismiss will contain an averment that the movant has conferred with the respondent and that counsel cannot agree about the disposition of the motion.**

2. <u>APRIL 24, 2017</u>    Responses to motions will be filed no later than this date.

3. <u>MAY 1, 2017</u>
   **8:45 A.M.**    Pretrial Conference before Judge Lee H. Rosenthal, United States Courthouse, 515 Rusk Avenue, 11th Floor, Courtroom 11B, Houston, Texas.

4. <u>MAY 8, 2017</u>
   **9:00 A.M.**    This case is set for jury selection and trial on this date and time. Not later than one business day before this date each counsel will file and deliver to the Court's chambers, a proposed charge to the jury, an exhibit list, copies of all documents and photographs to be offered as exhibits, and a witness list.

5. <u>    5 day    </u>    Estimated time of trial?

Direct questions regarding this schedule to Lisa Eddins, Case Manager, U. S. District Clerk's Office, P. O. Box 61010, Houston, Texas 77208; (713) 250-5517.

SIGNED on <u>  2-28  </u>, 2017, at Houston, Texas.

_____
United States Magistrate Judge

_____
Assistant U. S. Attorney

_____
Counsel for Defendant      Deft # _____