United States District Court
Southern District of Texas
**ENTERED**
April 25, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Criminal No. H-17-76 |
| DANIEL BART THEDINGER | § § | |

**Presentence Restitution Order**

On April 26, 2017, defendant Daniel Bart Thedinger pleaded guilty to the Information charging him with one count of tax evasion, in violation of 26 U.S.C. 7201.

In his Plea Agreement, defendant agreed to pay restitution to the IRS in this case of $216,871.00. The defendant has moved for an order permitting him to pay the agreed amount of restitution prior to sentencing.

The Court grants defendant's motion and orders that defendant shall pay the agreed sum of restitution of $216,871.00 immediately. Defendant shall make his restitution check payable to "Clerk, U.S. District Court" and shall include on the check defendant's name, social security number, the district court's docket number assigned this case, the tax periods to which the agreed restitution is to be applied as set out in the Plea Agreement, and a statement that the payment is being submitted pursuant to this Presentence Restitution Order. Defendant shall also include with the restitution payment a request that the Clerk of Court send the information and restitution payment to the IRS at the following address:

IRS-RACS
Attn.: Mail Stop 6261, Restitution
333 W. Pershing Ave.
Kansas City, MO 64108

Defendant shall also send a notice of the restitution payment to the IRS at the address above.

Done in Houston, Texas, on April 25, 2017.

_____
Lee H. Rosenthal
United States District Judge