IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| Government, | | |
| VS. | § § § § § § | CRIMINAL NO. H-17-076 |
| DANIEL BART THEDINGER | | |
| Defendant. | | |

United States Courts
Southern District of Texas
FILED
APR 26 2017
David J. Bradley, Clerk of Court

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## BY UNITED STATES MAGISTRATE JUDGE

I, **DANIEL BART THEDINGER,** the Defendant in this cause, with the advice and counsel of my attorney, **WILLIAM GRIMSINGER**, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before the Honorable Nancy Johnson, United States Magistrate Judge for the Southern District of Texas, Houston Division. I understand that my guilty plea is subject to approval and final acceptance by the **Honorable Lee H. Rosenthal**, Chief United States District Court Judge for the Southern District of Texas, Houston Division, and that sentencing will be conducted by the **Honorable Lee H. Rosenthal.**

Signed on this 26TH day of April, 2017, at Houston, Texas.

DANIEL BART THEDINGER
_____
Defendant's Name

_____
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney