UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America § | |
| § | |
| versus § | CRIMINAL H-17-76 |
| § | |
| § | |
| DANIEL BART THEDINGER § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count **ONE OF THE INFORMATION** a presentence report is ordered.

1. By **AUGUST 4, 2017**, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By **AUGUST 18, 2017** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **SEPTEMBER 1, 2017**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **SEPTEMBER 7, 2017 at 9:30 a.m.** (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

    United States Probation Department
    Room 2301, 515 Rusk Avenue, Houston
    Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed on April 26, 2017, at Houston, Texas.

NANCY JOHNSON
UNITED STATES MAGISTRATE JUDGE

Copies: United States Probation
AUSA: Charles Escher
Defense Counsel: William Grimsinger
Defendant is on bond