IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-76 |
| | § | |
| DANIEL BART THEDINGER, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT

The United States Magistrate Judge has submitted her Report and Recommendation that this court accept the guilty plea of Daniel Bart Thedinger and find him guilty of Count 1 of the Information charging him with tax evasion in violation of 26 U.S.C. § 7201. No objections have been filed to the Report and Recommendation.

After the *de novo* review required under 28 U.S.C. § 636(b)(1)(C), this court finds that the record and law support the Magistrate Judge's Report and Recommendation. The court accepts the Report and Recommendation.

Accordingly, the court finds that the defendant, Daniel Bart Thedinger, is fully competent and capable of entering an informed plea, that he is aware of the nature of the charges made against him and the consequences of his plea, and that his guilty plea is knowing and voluntary and supported by an independent basis in fact containing each of the essential elements of the offense with which he is charged.

The defendant, Daniel Bart Thedinger, is **GUILTY** of the offense of tax evasion, in violation of 26 U.S.C. § 7201.

SIGNED on May 15, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge