# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                              Case Number: 4:17–cr–00076

Daniel Bart Thedinger

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/5/2017

**TIME:** 11:30 AM

**TYPE OF PROCEEDING:** Sentencing


Date:   August 23, 2017

                                                            David J. Bradley, Clerk